**Howard Perry STAFFORD, Plaintiff–Appellant,**

v.

**WARDEN, MARION CORRECTIONAL TREATMENT CENTER; Mays Wilson Tate, Jr .; James Denny, Correctional Officer; Department of Corrections, Defendants–Appellees.**

No. 01–6785.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 18, 2001.

Howard Perry Stafford, pro se.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Howard Perry Stafford appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Stafford v. Warden, Marion Corr. Treatment Ctr.,* No. CA–01–229 (W.D.Va. Apr. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*